```
                                        FILED
                                     07 DEC 19 PM 3:09
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

BY: \_\_\_TP\_\_\_ DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3405 W |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |
| MARIO RAYMOND FERNANDEZ (1), ERNESTO FLORES-BLANCO (2), | |
| Defendants. | |

The grand jury charges:

On or about December 10, 2007, within the Southern District of California, defendants MARIO RAYMOND FERNANDEZ and ERNESTO FLORES-BLANCO, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Alejandro Portillo-Mendoza, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: December 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

DDL:fer:Imperial
12/17/07