UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07-CR-3405-W |
| Plaintiff, ) | Date: ~~January , 2008~~  2\|11\|08 |
| v. ) | Time: 2:00 p.m. |
| **ERNESTO FLORES BLANCO,** ) | DECLARATION |
| Defendant. ) | |

I, Ernesto Flores Blanclo, declare:

1. I am the defendant in the above-captioned case pending before the Court;

2. This declaration is made in support of my motion to suppress statements and to suppress any evidence obtained after my warrantless arrest;

3. I live about ~~two block~~ *EF 300 feet* from the U.S./Mexico border in Calexico, California;

4. It is common to see border patrol agents in my neighborhood at all hours of the day and night;

5. On the evening of December 9, 2007 I was out and about in my neighborhood visiting friends, taking one neighbor's garbage out to the street as he was out of town and I was doing him a favor; *because the garbage is collected on Monday morning this was on First Street;*

6. I also went out to see another friend and neighbor and that is when I was arrested by border patrol agents

7. I was not near the area where agents later said they arrested an undocumented person;

8. I was not engaged in assisting any undocumented people to come from Mexico to the United States;

9. On the night of my arrest, a Sunday night, after my arrest I was kept in a cell with no windows and could not tell what day or what time it was;

10. From the time of my arrest and for the following two days I was in custody before

being taken to court, the only thing I was given to eat was a bean burrito and some capri sun.

11. Officers would not let me sleep before questioning me.

12. Officers also stripped searched me and humiliated me for no reason.

Date: January 18, 2008

Ernesto Flores Blanco