|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,            )   Criminal No. **07-CR-3405**
                                     )
        Plaintiff,                   )   PROOF OF SERVICE
                                     )
    v.                               )
                                     )
**ERNESTO FLORES-BLANCO,**           )
                                     )
        Defendant.                   )
_____)

   In, the undersigned, say:

   1.   In am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

   2.   My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

   3.   In served the within **NOTICE OF MOTIONS AND MOTION TO (1) DISCLOSE DISCOVERY; (2) SUPPRESS EVIDENCE AND STATEMENTS; AND (3) LEAVE TO FILE FURTHER MOTIONS.; STATEMENT OF FACTS AND MEMORANDUM IN SUPPORT OF DEFENDANTS MOTIONS** opposing counsel and U S Attorneys Office Southern District of California, Email: David.Leshner@usdoj.gov

   4.   In caused additional copies to be delivered to the court: efile_Whelan@casd.uscourts.gov

   I certify under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2008 at San Diego, CA.

                                        /S/ Sylvia A. Baiz
                                        Sylvia Baiz