```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witness

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      (Magistrate Jan M. Adler)

11  UNITED STATES OF AMERICA,      )  CASE NO.  07CR3405
                                   )            07MJ8976
12                   Plaintiff,    )
                                   )  DECLARATION OF THOMAS G. GILMORE
13  vs.                            )  IN SUPPORT OF MOTION FOR
                                   )  VIDEOTAPE DEPOSITION AND
14  Mario Raymond FERNANDEZ (1),   )  SUBSEQUENT VOLUNTARY DEPORTATION
                                   )  OF MATERIAL WITNESSES
15   Ernesto FLORES-Blanco (2),    )
                                   )  DATE: April 22, 2008
16                   Defendants.   )  TIME: 10:30 a.m.
    _____)  PLACE: Courtroom of Magistrate
17                                            Jan M. Adler
```

18      I, Thomas G. Gilmore declare:

19      I am an attorney duly licensed to practice before all the

20  courts of this State, District and Circuit, and am the attorney of

21  record for the material witness in the above action, Alejandro

22  PORTILLO-Mendoza.

23      I have personal knowledge of the facts set forth in this action

24  and could testify competently thereto if called.

25      My client in this action has been in federal custody since

26  December 10, 2007because he cannot locate anyone to post bond for

27  him.

28      My client entered the United States to find work to support

1

family members at home in Mexico.  Each day he remains in custody is an additional hardship on himself and his family.

Based on the above it respectfully requested that this motion be granted, that said deposition take place at the earliest possible time, and that my client be allowed to voluntarily return home to Mexico immediately thereafter.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct.

Executed this 3rd of April, 2008, in San Diego, California.

/ss/ Thomas G. Gilmore
THOMAS G. GILMORE, Attorney for Material Witness