**SYLVIA BAIZ**
California State Bar No. 124367
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1410
Facsimile: (619) 544-1473

Attorney for Defendant **Flores-Blanco**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 07-CR-3405-W |
| Plaintiff, | ) Date: June 19, 2008 |
| | ) Time: 2:00 p.m. |
| v. | ) |
| **ERNESTO FLORES-BLANCO,** | ) NOTICE OF MOTIONS AND MOTIONS TO: |
| | ) **JOINDER IN** |
| | ) **CO-COUNSEL MOTION** |
| Defendant. | ) |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, and
DAVID D. LESHNER, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on Thursday, June 19, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Ernesto Flores-Blanco, by and through his counsel, Sylvia Baiz, will move this Court to hear this motion.

//
//
//
//
//
//
//

**MOTIONS**

The defendant, Ernesto Flores-Blanco, by and through his counsel, Sylvia Baiz, and pursuant to Fed. R. Crim. P. 12, the Fourth Amendment, the Sixth Amendment, the Fourteenth Amendment, and all other applicable rules and statutes, hereby moves this Court to:

(1) for joinder with co-counsel's motion.

These motions are based upon the instant motions, the notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated: June 17, 2008         /S/ Sylvia A. Baiz
                             **SYLVIA BAIZ**
                             Attorney for Defendant Flores-Blanco