1 **SYLVIA BAIZ**
California State Bar No. 124367
2 964 Fifth Avenue, Suite 214
San Diego, California 92101
3 Telephone: (619) 544-1410
Facsimile: (619) 544-1473
4
Attorney for Defendant **Flores-Blanco**
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. THOMAS J. WHELAN)**

| UNITED STATES OF AMERICA, | ) | Criminal No. 07-CR-3405-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR JOINDER IN CO-COUNSEL MOTIONS** |
| **ERNESTO FLORES-BLANCO**, | ) | |
| Defendant. | ) | |

I.

**MR. FLORES REQUESTS LEAVE TO JOIN IN MOTIONS FILED BY CO-COUNSEL**

Mr. Flores respectfully requests the opportunity to join in motions filed by co-counsel Candis Mithcell, Federal Defenders, Inc., but not limited to the following:

1) motion to detain material witness.

//
//
//
//
//

## II.

## CONCLUSION

For the foregoing reasons, it is respectfully requested that this Court grant the motions stated herein.

Respectfully submitted,


Respectfully submitted,


Date: June 17, 2008

/S/Sylvia A. BAIZ
**SYLVIA BAIZ**
Attorney for Mr. Flores-Blanco

2