UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **07-CR-3405** |
| Plaintiff, | ) | <u>PROOF OF SERVICE</u> |
| v. | ) | |
| **ERNESTO FLORES-BLANCO,** | ) | |
| Defendant. | ) | |

In, the undersigned, say:

1.    In am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

2.    My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

3.    In served the within **NOTICE OF MOTIONS AND MOTION TO (1) JOIN IN THE MOTION OF CO-COUNSEL TO DETAIN THE MATERIAL WITNESS AND MEMORANDUM IN SUPPORT OF DEFENDANTS MOTIONS** opposing counsel and U S Attorneys Office Southern District of California, Email: David.Leshner@usdoj.gov

4.    In caused additional copies to be delivered to the court:
efile_Whelan@casd.uscourts.gov
efile_adler@casd.uscourts.gov

I certify under penalty of perjury that the foregoing is true and correct.  Executed on June 17, 2008 at San Diego, CA.

/S/ Sylvia A. Baiz
Sylvia Baiz