# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT JUDGE: Thomas J. Whelan          Court Reporter: audio

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-CR-3405-W |
| (Appellee) Plaintiff | |
| vs. | **NOTICE OF APPEAL (Criminal)** |
| ERNESTO FLORES BLANCO, | |
| (Appellant) Defendant. | |

Notice is hereby given that ERNESTO FLORES BLANCO, defendant above-named, hereby appeals to the U. S. Federal District Court from the

ORDER TO RELEASE THE MATERIAL WITNESS

entered today, on the 19TH day of June, 2008, by the Honorable Jan M. Adler.

DATED: June 19, 2008

Sylvia Baiz, Attorney for Mr. Flores Blanco

Transcripts Required _x_ Yes _No  Date Ordered or to be ordered: Expedited

Date  (X) Indictment ( ) Information    Filed: March 12, 2008

Bail Status: in custody

Will there be a request to expedite the appeal and set a schedule faster than that normally set?
    _X_  Yes ___ No


**If transcript required, transcript order form must be completed and court reporter contacted to make arrangements for transcription.