1 KAREN P. HEWITT
United States Attorney
2 DAVID D. LESHNER
Assistant U.S. Attorney
3 California State Bar No. 207815
Federal Office Building
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 557-7163
David.Leshner@usdoj.gov
6
Attorneys for Plaintiff
7 United States of America

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-3405-W |
| 11 | Plaintiff, ) | DATE: August 19, 2008 |
| | ) | TIME: 9:00 a.m. |
| 12 | v. ) | |
| | ) | **UNITED STATES' SUBMISSION OF** |
| 13 | ERNESTO FLORES-BLANCO (2), ) | **EXCERPTS FROM MATERIAL WITNESS** |
| | ) | **DEPOSITION** |
| 14 | Defendant. ) | |
| | ) | |

16   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17 Karen P. Hewitt, United States Attorney, and David D. Leshner, Assistant United States Attorney, and

18 hereby submits excerpts from the deposition of Alejandro Portillo-Mendoza.  The United States intends

19 to use some or all of these excerpts in its case-in-chief at trial:

20   **Page:Line**

21   9:4 – 10:16

22   11:4 – 12:15

23   15:12 – 18:13

24   18:19 – 24:7

25   58:9 – 59:16

26 / / /

27 / / /

28 / / /

1 | The foregoing excerpts are attached as Exhibit A.

3 | DATED: August 5, 2008.

Respectfully submitted,

Karen P. Hewitt
United States Attorney

s/ David D. Leshner
DAVID D. LESHNER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>ERNESTO FLORES-BLANCO (2),<br><br>             Defendant. | Case No. 07-CR-3405-W<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

     I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of **UNITED STATES' SUBMISSION OF EXCERPTS FROM MATERIAL WITNESS DEPOSITION** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     Sylvia Baiz, Esq.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on August 5, 2008.

                   /s/ David D. Leshner
                   DAVID D. LESHNER