UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. **07-CR-3405-W** |
| Plaintiff, | ) <u>PROOF OF SERVICE</u> |
| v. | ) |
| **ERNESTO FLORES-BLANCO**, | ) |
| Defendant. | ) |

I, the undersigned, say:

1. I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

2. My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

3. I have caused service **of NOTICE OF MOTIONS, MOTIONS IN LIMINE, STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION** on opposing counsel, David Leshner, Assistant U. S. Attorney by electronically filing the foregoing with the Clerk of the District Court using its ECF System;

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2008 at San Diego, CA.

                                         s/ Sylvia A. Baiz
                                         SYLVIA A. BAIZ