

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                CASE NUMBER 07CR3405-W

VS

ERNESTO FLORES-BLANCO                   V E R D I C T

We, the jury in the above entitled case, find the defendant,

Ernesto Flores-Blanco,

___Guilty___ of conspiracy to bring in illegal aliens as charged in count one of the super-
not guilty/guilty

seding indictment.

___Guilty___ of bringing in an illegal alien for financial gain as charged in count two of the
not guilty/guilty

superseding indictment.

___Guilty___ of inducing and encouraging an illegal alien to enter the United States as
not guilty/guilty

charged in count three of the superseding indictment.

Dated: August 21, 2008

At: San Diego, California

                                                                    Maya Sukumar
                                                                    Presiding Juror  August 21, 2008