MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA  VS  Ernesto Flores-Blanco (02)

**X** Plaintiff ___ Defendant ___ Court   Type of Hearing: Jury Trial

Case Number: 07CR3405-W

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | August 19, 2008 | August 19, 2008 | Map Photo from Google highlighting Mexican Border |
| 2 | August 19, 2008 | August 19, 2008 | Marked-up Poster board blow-up of Exhibit 1 |
| 3 | August 19, 2008 | August 19, 2008 | Photo: Mario Fernandez |
| 4 | August 19, 2008 | August 19, 2008 | Photo: southwest corner of 739 First Street |
| 11 | August 19, 2008 | August 19, 2008 | Night Photo: First Street looking westbound |
| 5 | August 19, 2008 | August 19, 2008 | Photo: Eastbound view, alleyway behind 806 Second Street |
| 12 | August 19, 2008 | August 19, 2008 | Photo: backyard fence of 806 Second Street |
| 13 | August 19, 2008 | August 19, 2008 | Photo: view of 1st location of Agent Sedano |
| 6 | August 19, 2008 | August 19, 2008 | Photo: view of 2nd location of Agent Sedano |
| 7 | August 19, 2008 | August 19, 2008 | Photo: eastern view of white apartments driveway |
| 8 | August 19, 2008 | August 19, 2008 | Photo: opposite view of exhibit 7 |
| 9 | August 19, 2008 | August 19, 2008 | Cellular Telephone |
| 14 | August 20, 2008 | August 20, 2008 | Photo: driver side mirror showing eastbound view of fence |
| 15 | August 20, 2008 | August 20, 2008 | Photo: driver side mirror showing approximate location of Dft when first seen |
| 16 | August 20, 2008 | August 20, 2008 | Photo: view of location Dft apprehended |
| 25 | August 20, 2008 |  | Alejandro Portillo-Mendoza - Video Deposition (DVD) (see Witness List also) |
| 17 | August 20, 2008 | August 20, 2008 | Photo: view of First Street along International Border facing westbound |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA        VS        Ernesto Flores-Blanco (02)

X  Plaintiff  ___ Defendant  ___ Court    Type of Hearing: Jury Trial

Case Number: 07CR3405-W

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 17 | August 20, 2008 | admittance reserved / published to jury 08-20-08 | Photo: view into backyard of 806 Second Street |
| 19 | August 20, 2008 | August 20, 2008 | Photo: front of 806 Second Street |
| 21 | August 20, 2008 | August 20, 2008 | Photo: view of southeast corner of 744 Second Street off Encinas |
| 22 | August 20, 2008 | August 20, 2008 | Photo: view of rear of 744 Second Street |
| 23 | August 20, 2008 | August 20, 2008 | Photo: view of Encinas Ave and front of 744 Second Street |
| 18 | 8/20/08 | 8/20/08 | Photograph |
|  |  |  |  |