MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS Ernesto Flores-Blanco (02)

__ Plaintiff  X Defendant  __ Court    Type of Hearing: Jury Trial

Case Number: 07CR3405-W

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | August 20, 2008 | August 20, 2008 | Photo: of Hispanic male |
| B | August 20, 2008 | August 20, 2008 | Dispatch Tape, CD recording, transmissions of night in question (calls 33 - 48) |
| C | August 20, 2008 | August 20, 2008 | Alejandro Portillo-Mendoza - Video Deposition (VHS) (see Witness List also) |
| C-1 | August 20, 2008 | August 20, 2008 | Transcript of Exhibit C |
| G | August 20, 2008 | August 20, 2008 | Photo: of white apartments, 817 First Street, Calexico CA |
| H | August 20, 2008 | August 20, 2008 | Photo: close-up of Exhibit G |
| E | August 20, 2008 | August 20, 2008 | Photo: 817 First Street, Calexico CA, taken at night |
| D | August 20, 2008 | August 20, 2008 | DVD of surrounding area of 817 First Street, Calexico CA |
| I | 8/21/08 | | Copy of report |
| J | 8/21/08 | 8/21/08 | DVD |